```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 21578
   AMALIO LEON
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6249


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 06/04/2004 and was confirmed 07/29/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was paid in full 07/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
CITIMORTGAGE             CURRENT MORTG          .00           .00             .00
CITIMORTGAGE             NOTICE ONLY      NOT FILED           .00             .00
CAPITAL ONE BANK         FILED LATE          693.83           .00             .00
FIFTH THIRD BANK         UNSEC W/INTER     13533.88       1239.92        13533.88
FEINGOLD & FEINGOLD      NOTICE ONLY      NOT FILED           .00             .00
ROUNDUP FUNDING LLC      UNSEC W/INTER      4150.82        380.32         4150.82
LEDFORD & WU             DEBTOR ATTY       2,394.00                       2,394.00
TOM VAUGHN               TRUSTEE                                          1,292.54
DEBTOR REFUND            REFUND                                             588.96

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS                  DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 23,580.44

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                           17,684.70
   INTEREST                                          1,620.24
ADMINISTRATIVE                                       2,394.00
TRUSTEE COMPENSATION                                 1,292.54
DEBTOR REFUND                                          588.96
                        --------------            --------------
TOTALS                  23,580.44                   23,580.44




             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 21578 AMALIO LEON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                                                /s/ Tom Vaughn

Dated: 09/25/08                                _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE